IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:07cr31DCB-LRA

MARTHA HAWKINS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the Acting United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 through 5 of the Criminal Indictment against the defendant, MARTHA HAWKINS, without prejudice.

STAN HARRIS
Acting United States Attorney

Date: February 5, 2009     s/ S. Lynn Murray
                       By: S. Lynn Murray
                           Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this  9th  day of February, 2009.

    s/ David Bramlette
UNITED STATES DISTRICT JUDGE